AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>ALEXANDRO VELASQUEZ<br>and<br>ERIC JOHNSON<br><br>*Defendant(s)* | Case No.<br>8:16-mj-1549-T-AAS |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 2016 to present__ in the county of __Hillsborough__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | conspiracy to possess with the intent to distribute controlled substances; |
| 21 U.S.C. § 841(a)(1) | possession with the intent to distribute controlled substances. |

This criminal complaint is based on these facts:

See Attached Affidavit.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Erik Thelander, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 19, 2016

_____
*Judge's signature*

City and state: Tampa, Florida

Amanda Arnold Sansone, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Erik Thelander, being first duly sworn, depose and state as follows:

1. I am a Special Agent/Law Enforcement Officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, employed by United States Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI). I have been so employed since June 11, 2007. Previously, I was a Patrol Agent with the United States Border Patrol since February 23, 1998. I am a graduate of the Criminal Investigators Training Program and Customs Basic Enforcement School at the Federal Law Enforcement Training Center in Brunswick, Georgia, which included training on detecting and investigating money laundering, bulk cash smuggling, and cocaine possession and distribution. I investigate violations of federal law relating to financial crimes and the cross-border flow of people and goods. I have investigated numerous cases involving patterns of conduct similar to that described in this Affidavit.

2. The facts in this affidavit are based on information from an investigation by HSI and the Hillsborough County Sherriff's Office (HCSO) into a bulk cash smuggling and cocaine distribution organization in Plant City, Florida. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement officers and witnesses. Because this affidavit is intended to show merely that there is sufficient probable cause for the authorization of the Criminal Complaint, it does not set forth all of the facts known to law enforcement about this investigation.

3. This affidavit is made in support of a Criminal Complaint charging **ALEXANDRO VELASQUEZ and ERIC JOHNSON** with conspiracy to possess with intent

to distribute controlled substances, in violation of 21 U.S.C. § 846; and possession of with intent to distribute controlled substances, in violation of 21 U.S.C. § 841(a)(1)

## PROBABLE CAUSE

4. On January 17, 2016, HSI and HCSO were conducting surveillance at a business located at 1107 Turkey Creek Road in Plant City, Florida. Law enforcement observed Saul Velazquez-Bazan (hereinafter "Velazquez-Bazan") remove a small black travel bag from his 2010 Chevrolet Tahoe and place it in between the top of the spare tire and the undercarriage of a maroon Toyota 4Runner with the help of another Hispanic male. Law enforcement observed the Toyota 4Runner leave the business and travel to northbound Interstate 75, where the vehicle was stopped by a marked law enforcement vehicle with the Pasco County Sheriff's Office. A consent search was conducted on the vehicle and the small black travel bag was retrieved from the spare tire. The travel bag contained $178,455.00 in United States currency.

5. On May 20, 2016, HSI and HCSO were conducting surveillance at Saul Velazquez-Bazan's business, located at 1107 Turkey Creek Road in Plant City, Florida. Law enforcement observed **ALEXANDRO VELASQUEZ** hand the driver of the semi-truck two white plastic bags. The driver entered the semi-truck on the passenger side and placed the bags inside of the semi-truck. The driver exited the truck and re-entered the truck on the driver's side, and drove away from the business shortly thereafter. HSI and HCSO maintained surveillance until Florida Highway Patrol (FHP) conducted a traffic stop on southbound Interstate 75. FHP conducted a search of the semi-truck and trailer which resulted in the seizure of $398,855.00 in United States Currency. The driver denied ownership of the money and stated that he did not know anything about the money or that there was even money in the semi-truck.

6. On July 14, 2016, HCSO and HSI coordinated an undercover purchase of 10 ounces of cocaine directly from Velazquez-Bazan in exchange for $11,500 in UC funds. Law enforcement observed Velazquez-Bazan leave 1107 Turkey Creek Road, Plant City, and travel directly to meet the UC TFO at the meeting location in Plant City, Florida. Once at the meeting location, Velazquez-Bazan got into the UC TFO's vehicle. The meeting was audio and video recorded. Velazquez and the UC TFO talked for approximately 1.5 hours, during which time Velazquez talked to the UC about Velazquez's cocaine business in detail and how he "cleans" his money. At approximately 12:00 p.m., Velazquez-Bazan called an individual whom he described as a "black guy from Lakeland" to get the 10 ounces of cocaine. At approximately 12:37 p.m., a white Dodge Charger, bearing Florida license plate CZR S73, arrived at the meeting location. The vehicle is registered to Consuelo Johnson, the wife of **ERIC JOHNSON**. Velazquez-Bazan exited the UC vehicle and entered into the Charger. Velazquez exited the Charger after approximately two minutes carrying a small brown cardboard box. Velazquez-Bazan got back into the UC vehicle and handed the UC TFO the box which contained the 10 ounces of cocaine. The Charger departed the meeting location and HSI and HCSO maintained surveillance of the Charger until it arrived at the residence located at 640 Ponderosa Street East in Lakeland, Florida, which residence is registered to **ERIC JOHNSON**. **JOHNSON**'s vehicle had been observed approximately four times arriving at Velazquez-Bazan's business for a short period of time. The times that **JOHNSON**'s vehicle arrived at the business were within a day to three days after a semi-truck and trailer left the business.

7. On July 28, 2016, HSI conducted surveillance of Joseph Rumore's residence in Plant City, Florida. HSI observed Joseph Rumore leave the residence in a vehicle and travel to the Dollar General Store at the intersection of U.S. Highway 301 and Fowler Road. Rumore was

inside the Dollar General Store when Saul Velazquez-Bazan and **ALEXANDRO VELASQUEZ** arrived at the store in Velazquez-Bazan's Chevrolet Tahoe. HSI observed **ALEXANDRO VELASQUEZ** exit the vehicle with a black backpack and walk over to the passenger side of Rumore's vehicle and appeared to remove unknown items from the backpack and place them in Rumore's vehicle. **ALEXANDRO VELASQUEZ** walked over to the driver's side of Rumore's vehicle while Rumore went to the passenger side of his vehicle and appeared to rearrange the items that were placed in his vehicle by **ALEXANDRO VELASQUEZ**. Rumore closed the passenger side door and walked to the driver's side of his vehicle to speak with Saul Velazquez-Bazan. **ALEXANDRO VELASQUEZ** walked away from Rumore's vehicle and entered into the driver's side of the Chevrolet Tahoe. Saul Velazquez-Bazan appeared to be visibly upset with Rumore; he gestured his arms and pointed at Rumore in what looked to be angry manner. Rumore and Saul Velazquez-Bazan both entered into Rumore's vehicle with Saul Velazquez-Bazan driving and the vehicle left the parking lot. The Chevrolet Tahoe driven by **ALEXANDRO VELASQUEZ** also left the parking lot and followed Rumore's vehicle. HSI attempted to follow, but it appeared to the agents that Velazquez-Bazan was looking for vehicles following them therefore, surveillance was terminated.

8. On August 4, 2016, HCSO and HSI coordinated an undercover purchase of one kilogram of cocaine directly from Velazquez-Bazan in exchange for $34,000 in UC funds. The transaction was audio and video recorded. Velazquez-Bazan stated that he was going to receive 30 more kilograms of cocaine on either August 5 or 6, 2016, and he had 10 kilograms of methamphetamines that he would sell for $30,000.00 each to the UC TFO. The kilogram field tested positive for the presence of cocaine.

9. The pattern seen by investigators has shown that on days the semi-trucks arrive at 1107 Turkey Creek Road, Plant City, workers at Velazquez-Bazan's business will arrange pallets to obscure the view of the business from the street. A semi-truck and trailer will then arrive and stay for only a short period of time without apparently conducting any business. Two of the semi-truck drivers that have been identified have either been convicted for narcotics violations and/or are associated narcotics through other narcotics investigations. Shortly after the departure of the semi-truck, individuals including Joseph Rumore and **ERIC JOHNSON**, known to be associated with cocaine trafficking, arrive at the business, and stay for a brief period of time and then depart seemingly without having a legitimate business reason to have been there. Based on my education training and experience working narcotics investigations, I believe that the semi-trucks are delivering multi-kilogram amounts or "loads" of cocaine to Velazquez-Bazan at the business and he is subsequently breaking the load into smaller amounts and distributing them to resellers including Joseph Rumore and **ERIC JOHNSON**.

10. On August 17, 2016, U.S. Magistrate Judge Amanda Arnold Sansone authorized a criminal complaint for the arrest of Saul Velazquez-Bazan, Aaron Garcia, and Joseph Rumore in case number 8:16-cr-1545-T-AAS. On August 18, 2016, the UC TFO called Saul Velazquez-Bazan and arranged for the purchase of a kilogram of methamphetamine in exchange for $30,000. On a recorded phone call, Velazquez-Bazan told the UC TFO that he had the methamphetamine with him and they arranged to meet at a location in Hillsborough County, Florida. On August 18, 2016, law enforcement conducted a traffic stop of Saul Velazquez-Bazan in a blue 2006 Blue Chevrolet S10 pickup truck, which vehicle is registered to Saul Velazquez-Bazan. **ALEXANDRO VELASQUEZ** was driving the vehicle. Law enforcement effected the arrest of Saul Velazquez-Bazan, separated **ALEXANDRO VELASQUEZ** from Velazquez-

Bazan, and searched the vehicle incident to arrest. Inside the vehicle law enforcement found approximately 2.13 kilograms of methamphetamine, behind the driver's seat on the floorboard in a zipped up power tool bag. Saul Velazquez-Bazan and **ALEXANDRO VELASQUEZ** were taken into custody.

11. Saul Velazquez-Bazan and **ALEXANDRO VELASQUEZ** were given their Miranda warnings and agreed to voluntarily speak with law enforcement. Both interviews were recorded. Velazquez-Bazan admitted to trafficking in narcotics. Velazquez-Bazan referred to **ALEXANDRO VELASQUEZ** as "mi hijo" (Spanish for "son") and said that **ALEXANDRO VELASQUEZ** counted money for Velazquez-Bazan and knew that it was money from drug sales. **ALEXANDRO VELASQUEZ** stated that he had lived with Velazquez-Bazan since he was 12 or 13 years old but that Velazquez-Bazan was actually his biological uncle. **ALEXANDRO VELASQUEZ** admitted to counting narcotics proceeds for Saul Velazquez-Bazan and that he knew that his uncle was trafficking in narcotics. **ALEXANDRO VELASQUEZ** stated that he had been counting money from Velazquez-Bazan's drug business for approximately 2 months, and that the largest individual sum of money he had counted at one time was $60,000, but that the largest sum of money he had gathered for transport was approximately $500,000. **ALEXANDRO VELASQUEZ** admitted that he was the individual that handed the driver of the semi-truck two white garbage bags of money that was later seized on May 20, 2016, totaling over $398,000.

12. On August 18, 2016, Saul Velazquez-Bazan telephoned **ERIC JOHNSON** at the direction of law enforcement and requested that **JOHNSON** bring Velazquez-Bazan two ounces of cocaine. Velazquez-Bazan stated that he had been distributing 1-2 kilograms of cocaine per week to **JOHNSON** for the last 3-4 months and that he sells a kilogram of cocaine to

JOHNSON for approximately $32,500. JOHNSON agreed to meet Velazquez-Bazan at a location in Plant City where JOHNSON had previously brought 10 ounces to Velazquez-Bazan to sell to the UC TFO on July 14, 2016. Approximately 30 minutes after Velazquez-Bazan called JOHNSON, JOHNSON arrived at the meeting location in the same white Dodge Charger vehicle that law enforcement observed on July 14, 2016. Law enforcement effectuated a traffic stop on JOHNSON and he was taken into custody. Law enforcement located 57.9 grams of cocaine on JOHNSON's person during a search incident to arrest.

## CONCLUSION

13. Based on the above information, I respectfully submit that there is probable cause to believe that ALEXANDRO VELASQUEZ and ERIC JOHNSON have committed violations of federal law including conspiracy to possess with the intent to distribute controlled substances (21 U.S.C. § 846), and possession with intent to distribute controlled substances (21 U.S.C. § 841). I therefore respectfully request that this Court authorize the requested Criminal Complaint.

Erik Thelander
Special Agent
Homeland Security Investigations

Sworn and subscribed to before me
this 19th day of August, 2016.

AMANDA ARNOLD SANSONE
UNITED STATES MAGISTRATE JUDGE